FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

| | | |
|---|---|---|
| CHIEF JUSTICE<br>TERRIE LIVINGSTON | TIM CURRY CRIMINAL JUSTICE CENTER<br>401 W. BELKNAP, SUITE 9000<br>FORT WORTH, TEXAS 76196-0211 | CLERK<br>DEBRA SPISAK |
| JUSTICES<br>LEE ANN DAUPHINOT<br>ANNE GARDNER<br>SUE WALKER<br>BILL MEIER<br>LEE GABRIEL<br>BONNIE SUDDERTH | TEL: (817) 884-1900<br><br>FAX: (817) 884-1932<br><br>www.txcourts.gov/2ndcoa | CHIEF STAFF ATTORNEY<br>LISA M. WEST<br><br>GENERAL COUNSEL<br>CLARISSA HODGES |

July 9, 2015

Hon. David L. Evans
Regional Presiding Judge
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Hon. Wayne F. Salvant
Judge, Criminal District Court No. 2
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Lisa Mullen
3149 Lackland Rd., Ste. 102
Fort Worth, TX 76116
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196-0402
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

RE:       Court of Appeals Number:    02-14-00213-CR
            Trial Court Case Number:     1338837D

Style:     Joseph Alan Neeley
           v.
           The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.

Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*